NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JBF RAK LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MITSUBISHI POLYESTER FILM, INC. AND SKC INC.,**
*Defendants.*

---

2014-1354

---

Appeal from the United States Court of International Trade in No. 11-00141, Senior Judge Judith M. Barzilay.

---

**ON MOTION**

---

Before REYNA, BRYSON, and TARANTO, *Circuit Judges.*

BRYSON, *Circuit Judge.*

**O R D E R**

The United States moves to summarily affirm. JBF RAK LLC opposes.

The sole issue raised in JBF's opening brief is whether this court's decision in *Union Steel v. United States*, 713 F.3d 1101 (Fed. Cir. 2013), should be overruled. Because both parties are in apparent agreement that *Union Steel* controls the outcome of this appeal by a panel of this court, we agree that summary affirmance is appropriate. *See Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994) (Summary affirmance is appropriate where affirmance "is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists.").

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The judgment of the Court of International Trade is affirmed.

(2) Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30